# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| EIGHT KHZ, LLC,<br>　　　　*Plaintiff,*<br><br>　　v.<br><br>META PLATFORMS, INC.; META PLATFORMS TECHNOLOGIES, LLC; AND TWISTED PIXEL GAMES, LLC,<br>　　　　*Defendants.* | Civil Action No. 6:22-CV-00575-ADA |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Eight kHz, LLC and Defendants Meta Platforms, Inc., Meta Platforms Technologies, LLC, and Twisted Pixel Games, LLC jointly submit this stipulation of dismissal with prejudice as to all claims related to Counts IV and VIII of 8K's operative complaint (Dkt. 45) and any other claims in this action relating to U.S. Patent No. 10,917,737 or U.S. Patent No. 11,172,316. No other claim-in-suit or patent-in-suit is affected. Each party will bear its own costs, expenses, and attorneys' fees with respect to the claims dismissed.

Dated: May 16, 2024

| | |
|---|---|
| By: *Christopher W. Henry (signed with permission)*<br>Jeffrey G. Homrig (*pro hac vice*)<br>Douglas E. Lumish (*pro hac vice*)<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel: (650) 328-4600 / Fax: (650) 463-2600<br>jeff.homrig@lw.com<br>doug.lumish@lw.com | By: *Erick S. Robinson*<br>Erick S. Robinson<br>Texas Bar No. 24039142<br>Spencer Fane LLP<br>3040 Post Oak Boulevard, Suite 1300<br>Houston, TX 77056<br>Telephone: (713) 212-2638<br>Mobile: (713) 498-6047<br>Fax: (713) 963-0859<br>erobinson@spencerfane.com |

Giri Pathmanaban (SBN: 24074865)
LATHAM & WATKINS LLP
301 Congress Avenue, Suite 900
Austin, TX 78701
Tel: (737) 910-7345 / Fax: (650) 463-2600
giri.pathmanaban@lw.com

Gabrielle LaHatte (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Tel: (415) 395-8108 / Fax: (415) 395-8095
gabrielle.lahatte@lw.com

Christopher W. Henry (*pro hac vice*)
Kimberly Q. Li (*pro hac vice*)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Tel: (617) 948-6000 / Fax: (617) 948-6001
christopher.henry@lw.com
kimberly.li@lw.com

Paige Arnette Amstutz
Texas State Bar No. 00796136
SCOTT, DOUGLASS & MCCONNICO
303 Colorado Street, Suite 2400
Austin, TX 78701
Telephone: (512) 495-6300
Facsimile: (512) 495-6399
pamstutz@scottdoug.com

*Attorneys for Defendants Meta Platforms, Inc, Meta Platforms Technologies, LLC, and Twisted Pixel Games, LLC.*

Kyle L. Elliott (pro hac vice)
Missouri Bar No. 49145
Brian T. Bear (pro hac vice)
Missouri Bar No. 61957
Spencer Fane LLP
1000 Walnut Street
Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Fax: (816) 474-3216
kelliott@spencerfane.com
bbear@spencerfane.com

Patrick M. Dunn
Texas Bar No. 24125214
Spencer Fane LLP
9442 North Capital of Texas Highway
Plaza I - Suite 500
Austin, TX 78759
Telephone: (512) 840-4550
Fax: (512) 840-4551
pdunn@spencerfane.com

Jonathan T. Suder
Texas Bar No. 19463350
Michael T. Cooke
Texas Bar No. 04759650
Dave R. Gunter
Texas Bar No. 24074334
Friedman, Suder & Cooke P.C.
604 East 4th Street, Suite 200
Fort Worth, TX 76102
Telephone: (817) 334-0400
Fax: (817) 334-0401
jts@fsclaw.com
mtc@fsclaw.com
gunter@fsclaw.com

*Attorneys for Plaintiff Eight kHz, LLC.*