UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| EIGHT KHZ, LLC | § § | |
| vs. | § § § | NO:  WA:22-CV-00575-ADA-DTG |
| META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC | § | |

**ORDER SETTING DISCOVERY HEARING VIA ZOOM**

IT IS HEREBY ORDERED that the above entitled and numbered case is set for DISCOVERY HEARING VIA ZOOM (re Discovery Dispute Chart emailed on 4/25/25) on Wednesday, April 30, 2025 at 09:00 AM (30 min time block) before the Honorable Derek T. Gilliland. The Zoom hearing link will be provided to counsel of record via email.

SIGNED this 28th day of April, 2025.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE