IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| EIGHT KHZ, LLC,<br><br>                  Plaintiff,<br><br>       v.<br><br>META PLATFORMS, INC., META PLATFORMS TECHNOLOGIES, LLC, and TWISTED PIXEL GAMES, LLC,<br><br>                  Defendants. | Civil Action No. 6:22-cv-575-ADA-DTG |

**AGREED MOTION TO DISMISS CLAIMS AGAINST TWISTED PIXEL GAMES, LLC**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Eight kHz, LLC ("Plaintiff") and Defendants Meta Platforms, Inc., Meta Platforms Technologies, LLC, and Twisted Pixel Games, LLC (collectively, "Defendants") jointly move the Court to dismiss all claims by Plaintiff against Defendant Twisted Pixel Games, LLC.

In 2025, Twisted Pixel Games, LLC ("Twisted Pixel") was formally dissolved.  Because the Twisted Pixel Games entity no longer exists, it is no longer a proper party to this litigation. The Parties agree that Meta Platforms, Inc. ("MPI") and Meta Platforms Technologies, LLC shall remain as the properly named defendants and that the removal of the defunct Twisted Pixel Games entity will not impact the case schedule.  The Parties further agree that if there is a finding of damages or liability, the dismissal of Twisted Pixel Games will not impact those findings, and any evidence produced by Twisted Pixel Games will be considered produced by MPI.  The Parties also agree that any action taken by Twisted Pixel Games after it was acquired by MPI was done by MPI employees, was financially controlled by MPI, was under the direction of MPI, was for MPI's

benefit, and was "controlled" by MPI. The Parties therefore jointly move to dismiss all claims against Twisted Pixel Games with prejudice.

AGREED:

By: *Gabrielle A. LaHatte*
Jeffrey G. Homrig (*admitted*)
Heather Blacklaws (*admitted*)
WEIL, GOTSHAL & MANGES LLP
200 Crescent Court, Suite 300
Dallas, TX 75201-6950
Telephone: (214) 746-7700
jeff.homrig@weil.com
heather.blacklaws@weil.com

Douglas E. Lumish (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Tel: (650) 802-3000
doug.lumish@weil.com

Gabrielle A. LaHatte (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
600 Montgomery Street, 32nd Floor
San Francisco, CA 94111
Tel: (415) 470-5151
gabrielle.lahatte@weil.com

Christopher W. Henry (*pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, 34th Floor
Boston, MA 02110-1800
Tel: (617) 772-8300
chris.henry@weil.com

Paige Arnette Amstutz
Texas Bar No. 00796136
Robert Pierce Earle
Texas Bar No. 24124566
SCOTT, DOUGLASS & MCCONNICO
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300 / Fax: (512) 495-6399
pamstutz@scottdoug.com
rearle@scottdoug.com

*Attorneys for Defendants*

By: *Jayne C. Piana*
Jayme Partridge
Texas Bar No. 17132060
Jayne C. Piana (admitted *pro hac vice*)
Texas Bar No. 24027142
Patrick M. Dunn
Texas Bar No. 24125214
**Brown Rudnick LLP**
811 Main Street, 18th Fl.
Houston, TX 77002
Tel: (281) 815-0511
Fax: (281) 605-5699
jpartridge@brownrudnick.com
jpiana@brownrudnick.com
pdunn@brownrudnick.com

Homayoon Rafatijo (admitted *pro hac vice*)
Missouri Bar No. 74800
John Spisak (admitted *pro hac vice*)
Missouri Bar No. 74985
Katherine Dearing (admitted *pro hac vice*)
District of Columbia Bar No. 888304069
**Brown Rudnick LLP**
1900 N Street NW
Washington, D.C. 20036
Tel: (202) 536-1700
Fax: (202) 536-1701
hrafatijo@brownrudnick.com
jspisak@brownrudnick.com
kdearing@brownrudnick.com

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

    I hereby certify that, on February 5, 2026, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                              */s/ Gabrielle A. LaHatte*
                                              Gabrielle A. LaHatte
                                              *Attorney for Defendants*